PROB12A1

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## REPORT OF OFFENDER NON-COMPLIANCE

| | |
|---|---|
| **Offender Name:** | Jose Martin Jimenez |
| **Docket Number:** | 1:03CR05078-04 AWI |
| **Offender Address:** | Porterville, California |
| **Judicial Officer:** | Honorable Anthony W. Ishii<br>United States District Judge<br>Fresno, California |
| **Original Sentence Date:** | May 24, 2004 |
| **Original Offense:** | 18 USC 287 and 2, Making or Presenting a False, Fictitious, or Fraudulent Claim Upon or Against the United States, and Aiding and Abetting<br>(CLASS D FELONY) |
| **Original Sentence:** | 18 months Bureau of Prisons; 36 months TSR; $100 SA; $31,013.59 restitution |
| **Special Conditions:** | 1) Search and seizure; 2) Not dispose/dissipate assets; 3) Provide financial information; 4) No new credit; 5) Surrender to INS for deportation proceedings, if applicable |
| **Type of Supervision:** | Supervised Release (TSR) |
| **Supervision Commenced:** | May 28, 2004 |
| **Assistant U.S. Attorney:** | Sheila K. Oberto      **Telephone:** (559) 499-4000 |
| **Defense Attorney:** | Thomas J. Richardson   **Telephone:** (559) 264-6481 |
| **Other Court Action:** | None |

**RE:     Jose Martin Jimenez**
         **Docket Number:   1:03CR05078-04 AWI**
         <u>**REPORT OF OFFENDER NON-COMPLIANCE**</u>

## NON-COMPLIANCE SUMMARY

The purpose of this report is to advise the Court of an alleged violation of the terms of supervision.  The Probation Officer has developed a plan to dispose of the alleged non-compliance with action less than revocation, and the Court is requested to approve the plan to address the non-compliance.

**1.    UNSATISFIED RESTITUTION OBLIGATION AT EXPIRATION OF SUPERVISION**

**Details of alleged non-compliance:**  Supervision commenced on May 28, 2004.  During the past 36 months, the offender has made diligent efforts toward his restitution obligation in this case.

Accordingly, the offender paid his special assessment ($100) in full on October 5, 2004.  At that time, his monthly payments were directed toward his outstanding restitution order ($31,013.59).

The offender's monthly payment history has been steady and consistent, paying a total of $1,100 toward his restitution order.  During his supervision period, the offender has been a single parent raising his four children (co-defendant wife was deported following her conviction/sentence).  He has steadily maintained employment as a farm laborer, supporting and meeting the financial needs of his family.

**United States Probation Officer Plan/Justification:**  In review, the offender has been very diligent toward his financial obligations.  He is scheduled to expire from supervision on May 27, 2007.

This officer recommends that this offender expire with no further action taken, and that his financial responsibilities be turned over to the United States Attorney, Financial Litigation Unit (FLU), for continued recovery of restitution.

**RE:**   Jose Martin Jimenez
         Docket Number:   **1:03CR05078-04 AWI**
         <u>REPORT OF OFFENDER NON-COMPLIANCE</u>

Respectfully submitted,

/s/ Ben J. Blankenship

**Ben J. Blankenship**
**United States Probation Officer**
Telephone:  (559) 734-0317

**DATED:**   May 21, 2007
            Visalia, California

**REVIEWED BY:**   /s/ Rick C. Louviere
                  **Rick C. Louviere**
                  **Supervising United States Probation Officer**

---

**THE COURT ORDERS:**

( ✖ )   The Court Approves Probation Officer's Plan, and Orders No Further Action Be Taken.

(   )   Other:

IT IS SO ORDERED.

**Dated:**   <u>May 29, 2007</u>          <u>/s/ Anthony W. Ishii</u>
                                          UNITED STATES DISTRICT JUDGE